UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LATOYA GUPTON,

    Plaintiff,

v.                                                                Case No: 8:17-cv-628-T-36AEP

NAVIENT SOLUTIONS, LLC,

    Defendant.
_____/

## **O R D E R**

Before the Court is the Joint Stipulation for Dismissal with Prejudice (Doc. 26).  In accord with the Joint Stipulation for Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation for Dismissal with Prejudice is **APPROVED** (Doc. 26).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Court declines to retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

    4)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida on December 28, 2017.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record